Leachco, Inc.
Motion for Injunction Pending Appeal
and Brief in Support

# Exhibit 3

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF OKLAHOMA

**LEACHCO, INC.**,

      Plaintiff,

*v.*

**CONSUMER PRODUCT SAFETY COMMISSION**, **ET AL.**,

      Defendants.

Case No. 6:22-CV-00232-RAW

## NOTICE OF APPEAL

Plaintiff Leachco, Inc. hereby appeals, pursuant to 28 U.S.C. § 1292(a)(1), to the United States Court of Appeals for the Tenth Circuit from the Order of the District Court, entered on November 29, 2022 (ECF No. 49), denying Plaintiff's motion for a preliminary injunction.

DATED: December 5, 2022.

KURT M. RUPERT
Hartzog Conger Cason
201 Robert S. Kerr Ave., Suite 1600
Oklahoma City, OK 73102
405.235.7000
krupert@hartzoglaw.com

Respectfully submitted,

*/s/ Oliver J. Dunford*
OLIVER J. DUNFORD
Pacific Legal Foundation
4440 PGA Blvd., Suite 307
Palm Beach Gardens, FL 33410
916.503.9060
odunford@pacificlegal.org

JOHN F. KERKHOFF
FRANK D. GARRISON
Pacific Legal Foundation
3100 Clarendon Boulevard, Suite 1000
Arlington, VA 22201
202.888.6881
JKerkhoff@pacificlegal.org
FGarrison@pacificlegal.org

*Attorneys for Plaintiff Leachco, Inc.*

- 2 -

## CERTIFICATE OF SERVICE

  I hereby certify that on December 5, 2022, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing which sent notice of electronic filing to the following:

Madeline M. McMahon
U.S. Department of Justice, Civil Division
1100 L St. NW
Washington, DC 20005
madeline.m.mcmahon@usdoj.gov

  *Attorney for Defendants*

           /s/ Oliver J. Dunford
            OLIVER J. DUNFORD

           *Attorney for Plaintiff Leachco, Inc.*