Leachco, Inc.
Motion for Injunction Pending Appeal
and Brief in Support

# Exhibit 7

**CONSUMER PRODUCT
SAFETY COMMISSION**

| | |
|---|---|
| **IN RE LEACHCO, INC.** | CPSC Docket No. 22-1<br><br>HON. MICHAEL G. YOUNG<br>PRESIDING OFFICER |

**ORDER ON PREHEARING SCHEDULE**

This matter, having come before me on the Parties' Joint Proposed Revised Prehearing Schedule, dated September 14, 2022, and for good cause having been found to adopt the proposed schedule, on this 16th day of September, 2022,[1]

IT IS HEREBY ORDERED THAT the following deadlines are established:

| Event | Deadlines |
|---|---|
| Responses to First Set of Requests for Production of Documents and First Set of Interrogatories, including revised privilege log(s) | October 3, 2022 |
| Last day to serve any written discovery requests | February 2, 2023 |
| Fact Discovery closes (pending motions to compel) | March 20, 2023 |
| Responses to Expert Interrogatories under 16 C.F.R. § 1025.31(c)(4)(i)(A) and Expert Witness Direct Testimony under 16 C.F.R. § 1025.44(b) and Discovery Deadline (pending motions to compel) | April 28, 2023 |
| Motions for Summary Decision | June 9, 2023 |

---

[1] The hearing in this matter was originally scheduled for June 5, 2023. After the hearing date was set, the parties were engaged in a discovery dispute, and new counsel entered an appearance on behalf of Respondent. The parties volunteered to work cooperatively on a new schedule and to commit to the efficient resumption and completion of discovery, and proposed a new hearing date of August 14. In light of the significant pretrial activities, the appearance of new counsel, and the justification provided by counsel for the new date, I have determined that the requested hearing date is appropriate.

| Responses to Motion for Summary Decision | June 23, 2023 |
|---|---|
| Prehearing Briefs | July 7, 2023 |
| Witness and Exhibit Lists, Stipulations, and Prehearing Motions, including Motions in Limine | July 14, 2023 |
| Hearing (estimate two weeks) | August 7, 2023 |
| Post-hearing briefs (16 C.F.R. § 1025.46) | 50 days after hearing |
| Replies to post-hearing briefs (16 C.F.R. § 1025.46) | 15 days after briefs |

_____
MICHAEL G. YOUNG
Administrative Law Judge
Federal Mine Safety and Health Review Commission[2]

---

[2] The Administrative Law Judges of the Federal Mine Safety and Health Review Commission are authorized to hear cases pending before the Consumer Product Safety Commission pursuant to an Interagency Agreement effective for a period beginning February 25, 2022.

2