LEACHCO, INC.
MOTION FOR INJUNCTION PENDING APPEAL
AND BRIEF IN SUPPORT

# Exhibit 8

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 19-10396
_____

MICHELLE COCHRAN,

        Plaintiff - Appellant

v.

SECURITIES AND EXCHANGE COMMISSION; JAY CLAYTON, in his
official capacity as Chairman of the U.S. Securities and Exchange
Commission; WILLIAM P. BARR, U. S. ATTORNEY GENERAL, in his
Official Capacity,

        Defendants - Appellees

_____

Appeal from the United States District Court
for the Northern District of Texas
_____

Before JONES, HIGGINSON, and OLDHAM, Circuit Judges.

PER CURIAM:

        IT IS ORDERED that Appellant's motion for an injunction pending
appeal under Federal Rule of Appellate Procedure 8 is GRANTED.