Leachco, Inc.
Motion for Injunction Pending Appeal
and Brief in Support

# Exhibit 9

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

OCT 2 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| AXON ENTERPRISE, INC., a Delaware corporation,<br><br>        Plaintiff-Appellant,<br><br> v.<br><br>FEDERAL TRADE COMMISSION, a federal administrative agency; JOSEPH J. SIMONS, in his official capacity as Commissioners of the Federal Trade Commission; NOAH PHILLIPS, in his official capacity as Commissioners of the Federal Trade Commission; ROHIT CHOPRA, in his official capacity as Commissioners of the Federal Trade Commission; REBECCA SLAUGHTER, in her official capacity as Commissioners of the Federal Trade Commission; CHRISTINE WILSON, in her official capacity as Commissioners of the Federal Trade Commission,<br><br>        Defendants-Appellees. | No. 20-15662<br><br>D.C. No. 2:20-cv-00014-DWL District of Arizona, Phoenix<br><br>ORDER |

Before: SILER,[*] LEE, and BUMATAY, Circuit Judges.

In response to appellant's motion to stay the Federal Trade Commission administrative trial set to begin on October 13, 2020 (Docket Entry No. 38), we

---

      [*] The Honorable Eugene E. Siler, United States Circuit Judge for the U.S. Court of Appeals for the Sixth Circuit, sitting by designation.

grant a temporary stay of the order to preserve the status quo pending consideration of the appeal on the merits. See *Nken v. Holder*, 556 U.S. 418, 433-34 (2009).

2