LEACHCO, INC.
MOTION FOR INJUNCTION PENDING APPEAL
AND BRIEF IN SUPPORT

# Exhibit 10

FEDERAL TRADE COMMISSION | OFFICE OF THE SECRETARY | FILED 06/09/2023 OSCAR NO 607857 | PAGE Page 1 of 9 - PUBLIC

PUBLIC

UNITED STATES OF AMERICA
BEFORE THE FEDERAL TRADE COMMISSION

COMMISSIONERS:   Lina M. Khan, Chair
Rebecca Kelly Slaughter
Alvaro M. Bedoya

| | |
|---|---|
| In the Matter of<br><br>Axon Enterprise, Inc.<br>    a corporation. | DOCKET NO. 9389 |

**COMPLAINT COUNSEL'S UNOPPOSED MOTION TO WITHDRAW
THIS MATTER FROM ADJUDICATION**

On January 3, 2020, the Federal Trade Commission ("Commission") issued an administrative complaint challenging Axon Enterprise, Inc.'s ("Axon") consummated acquisition of another body-worn camera supplier, VieVu, LLC.  On that same day, Axon initiated a lawsuit in the United States District Court for the District of Arizona raising, in part, constitutional claims regarding the Commission's structure and administrative procedures.  The district court dismissed Axon's complaint due to lack of subject matter jurisdiction, the United States Court of Appeals for the Ninth Circuit affirmed, and in April 2023, the Supreme Court reversed the decision of the Ninth Circuit and remanded the case to the district court.  *See Axon Enterprise, Inc. v. Fed. Trade Comm'n., et al.,* 452 F.Supp.3d 882 (D. Az. 2020), *aff'd by* 986 F.3d 1173 (9th Cir. 2021), *rev'd by* 598 U.S. ----, 143 S. Ct. 890 (2023).  Commencement of the administrative evidentiary hearing was stayed in October 2020 during Axon's appeals.

Following the Supreme Court's decision, the district court ordered the Commission to respond to Axon's complaint by June 9, 2023, and the parties jointly moved to stay the district court proceeding for a period of 60 days "to withdraw administrative Docket No. 9389 from Part

1

3 adjudication for a period of 60 days." Stipulation, *Axon*, 2:20-cv-00014-DWL, Dkt. No. 56 (D. Az. June 8, 2023) (Exhibit A). The district court entered an order staying the district court proceeding for 60 days. Order (text entry only), *Axon*, 2:20-cv-00014-DWL, Dkt. No. 57 (D. Az. June 9, 2023).

To allow for discussion regarding the proper resolution of this matter, Complaint Counsel moves that the Commission issue an order withdrawing this matter from adjudication in Part 3 of the Commission's Rules of Practice and suspending application of Rule 4.7 of the Commission's Rules of Practice, 16 C.F.R. § 4.7 for 60 days from the date of this filing.[1] A draft of a proposed order granting the requested motion is attached.

Respondent Axon does not oppose this motion.

Dated: June 9, 2023

Respectfully submitted,

/s/ Nicole Lindquist
Nicole Lindquist
Peggy Bayer Femenella
Susan Musser
Bureau of Competition
Federal Trade Commission
400 7th Street, S.W.
Washington, D.C. 20024

*Complaint Counsel*

---

[1] The Commission in the past, in light of events relevant to issues in a pending adjudicatory matter, has authorized filing of a "motion to withdraw this matter from adjudication for purposes of discussing resolution of this matter, in which event the Secretary shall issue an order withdrawing this matter from adjudication and the application of Commission Rule of Practice 4.7, 16 C.F.R. § 4.7, shall thereby be suspended." *In the Matter of New Balance Athletic Shoe, Inc.*, 120 F.T.C. 4, 1995 WL 17012636, **1 (July 10, 1995); *see also In the Matter of Rambus Inc.*, F.T.C. Dkt. 9302, 2009 WL 725994 (March 6, 2009) (withdrawing a matter from adjudication).

2

# UNITED STATES OF AMERICA
# BEFORE THE FEDERAL TRADE COMMISSION

COMMISSIONERS:     Lina M. Khan, Chair
                   Rebecca Kelly Slaughter
                   Alvaro M. Bedoya

---

In the Matter of

Axon Enterprise, Inc.
   a corporation.

DOCKET NO. 9389

---

## [PROPOSED] ORDER

Having considered Complaint Counsel's Motion to Withdraw This Matter from Adjudication, Complaint Counsel's Motion is hereby granted. Accordingly,

IT IS ORDERED THAT this matter is hereby withdrawn from adjudication under Part 3 of the FTC Rules of Practice, 16 C.F.R. Part III for 60 days from June 9, 2023, for the purpose of considering the proper resolution of this matter in light of the multi-year stay of the evidentiary hearing and the Supreme Court's recent decision in *Axon Enterprise, Inc. v. Fed. Trade Comm'n., et al.,* 598 U.S. ----, 143 S. Ct. 890 (2023), and that the application of FTC Rule of Practice 4.7, 16 C.F.R. § 4.7, is hereby suspended.

By the Commission.

ORDERED:

                                                                April Tabor
                                                                Secretary

Date: _____

# EXHIBIT A

Brian M. Boynton
Principal Deputy Assistant Attorney General

Christopher R. Hall
Assistant Branch Director

Hannah Solomon-Strauss (NY 5693890)
Trial Attorney
**U.S. Department of Justice**
Civil Division, Federal Programs Branch
P.O. Box No. 883
Ben Franklin Station
Washington, DC 20044
Telephone: (202) 616-8198
Fax: (202) 616-8470
Hannah.m.solomon-strauss@usdoj.gov

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Axon Enterprise, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>Federal Trade Commission, et al.,<br><br>Defendants. | NO. 2:20-cv-00014-PHX-DWL<br><br>**STIPULATION** |

The Parties have met and conferred regarding the Supreme Court's ruling and remand in this matter and stipulate and agree as follows:

1. On or before June 9, 2023, the Parties will jointly request the Federal Trade Commission ("FTC" or "Commission") to withdraw administrative Docket No. 9389 from Part 3 adjudication for a period of 60 days.

2. The Parties request that this Court vacate the June 9, 2023 deadline for the FTC to respond to Plaintiff Axon Enterprise, Inc.'s ("Axon") Complaint (Doc. 54) and pause further pleading in this case for the same 60-day period.

3. On or before August 11, 2023, the Parties shall file with this Court a joint status report and, if applicable, a stipulated schedule for pleading amendments and summary judgment briefing on Axon's constitutional claims.

4. By agreement of the Parties, preliminary injunction briefing in this Court will not be necessary if this case proceeds on Axon's constitutional claims.

A proposed order accompanies this stipulation.

Dated: June 8, 2023             Respectfully submitted,

Brian M. Boynton
Principal Deputy Assistant Attorney General

Christopher R. Hall
Assistant Branch Director

/s/ *Hannah M. Solomon-Strauss*
Hannah Solomon-Strauss (NY 5693890)
Trial Attorney
**U.S. Department of Justice**
Civil Division, Federal Programs Branch
P.O. Box No. 883
Ben Franklin Station
Washington, DC 20044
Telephone: (202) 616-8198
Fax: (202) 616-8470
Hannah.m.solomon-strauss@usdoj.gov

*Attorneys for Defendants*

2

| | |
|---|---|
| 1 | /s/ *Pam Petersen*     *(with permission)* |
| 2 | Pamela B. Petersen |
|   | Arizona Bar No. 011512 |
| 3 | Gayathiri Shanmuganatha |
| 4 | Arizona Bar No. 030745 |
|   | **Axon Enterprise, Inc.** |
| 5 | 17800 N. 85th Street |
|   | Scottsdale, AZ 85255-9603 |
| 6 | Telephone: (623) 326-6016 |
| 7 | Fax: (480) 905-2027 |
|   | ppetersen@axon.com |
| 8 | gshanmuganatha@axon.com |
| 9 | Secondary: legal@axon.com |

*Attorneys for Plaintiff Axon Enterprise, Inc.*

### CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2023, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's CM/ECF System upon all counsel of record in the above-captioned case.

/s/ *Hannah M. Solomon-Strauss*
Hannah M. Solomon-Strauss

2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Axon Enterprise, Inc., | NO. 2:20-cv-00014-PHX-DWL |
| Plaintiff, | |
| v. | **ORDER [PROPOSED]** |
| Federal Trade Commission, et al., | |
| Defendants. | |

[PROPOSED] ORDER

Upon consideration of the Parties' stipulation, it is hereby ORDERED that this case is stayed for a period of 60 days, and it is further ORDERED that the parties shall submit a joint status report not later than August 11, 2023, updating this Court on the status of this case.

Dated _____     _____
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2023, I filed the foregoing document electronically using the FTC's E-Filing System, which will send notification of such filing to:

>April Tabor
>Secretary
>Federal Trade Commission
>600 Pennsylvania Ave., NW, Rm. H-113
>Washington, DC 20580
>ElectronicFilings@ftc.gov
>
>The Honorable D. Michael Chappell
>Administrative Law Judge
>Federal Trade Commission
>600 Pennsylvania Ave., NW, Rm. H-110
>Washington, DC 20580

I also certify that I caused the foregoing document to be served via email to:

>Julia E. McEvoy
>Michael H. Knight
>Jeremy P. Morrison
>Debra R. Belott
>Jones Day
>51 Louisiana Avenue, NW
>Washington, DC 20001
>Tel: 202-879-3751
>jmcevoy@jonesday.com
>mhknight@jonesday.com
>jmorrison@jonesday.com
>dbelott@jonesday.com
>EXT_Axon_Service@jonesday.com
>
>Aaron M. Healey
>Jones Day
>250 Vesey Street
>New York, NY 10281-1047
>ahealey@jonesday.com
>
>*Counsel for Respondent Axon Enterprises, Inc.*

By:  s/ Susan Musser
     Susan Musser

*Counsel Supporting the Complaint*