UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **LEACHCO, INC.**, <br>     Plaintiff, <br> *v.* <br> **CONSUMER PRODUCT SAFETY COMMISSION**, et al., <br>     Defendants. | Case No. 6:22-cv-00232-RAW |

## JOINT STATUS REPORT

The parties submit this Joint Status Report, pursuant to the Court's August 12, 2025 Minute Order, ECF No. 76.

**1. Procedural History**

In February 2022, the Consumer Product Safety Commission (CPSC) initiated an administrative action against Plaintiff Leachco, Inc., and alleged that Leachco's infant lounger, called the Podster, presents a "substantial product hazard" under the Consumer Product Safety Act. *See* CPSC Docket No. 22-1. Leachco subsequently filed this lawsuit in August 2022, raising a series of constitutional challenges to the CPSC's administrative proceedings.

Leachco moved for a preliminary injunction on its removal and Seventh Amendment claims, ECF No. 10, which this Court denied, ECF No. 49. Leachco appealed that decision to the Tenth Circuit, No. 22-7060. *See* ECF No. 50. And both this Court, ECF No. 58, and the Tenth Circuit denied Leachco's requests for injunction pending appeal, *see* Jan. 30, 2023 Order. This Court also stayed this case pending appeal. ECF No. 58. Leachco applied to Justice Gorsuch for a writ of injunction pending appeal, which was denied on February 15, 2023 (U.S. No. 22A730).

Leachco renewed its request for preliminary injunctive relief after the Supreme Court issued its decision in *Axon Enterprise, Inc. v. FTC*, 598 U.S. 175 (2023). ECF No. 60. Again, this Court, ECF No. 67, and the Tenth Circuit, *see* Aug. 4, 2023 Order, denied Leachco's motions for injunctive relief. Justice Gorsuch denied

Leachco's second application for a writ of injunction pending appeal. *See* Aug. 14, 2023 Order, U.S. No. 23A124.

In June 2024, the Tenth Circuit affirmed this Court's order denying Leachco's motion for preliminary injunction. Leachco filed a Petition for Writ of Certiorari, which the Supreme Court denied on January 13, 2025. *See* U.S. No. 24-156.

While the federal court proceedings were ongoing, the parties continued to litigate the CPSC's administrative action. And on July 3, 2024, the Administrative Law Judge (ALJ) concluded that CPSC's enforcement lawyers did not carry their burden and dismissed the Commission's administrative complaint against Leachco. *See* Mem. Op. and Initial Order Denying Relief Sought in the Compl.[1] That ALJ decision has been cross-appealed to the Commission. The parties completed briefing before the Commission in November 2024, and as of this filing, the matter remains pending.

**2. Next Steps**

In light of the administrative proceedings before the Commission, the parties are continuing to confer on next steps, including discussions on whether a proposed briefing schedule for dispositive motions would be appropriate here. Accordingly, the parties respectfully request that they be permitted to file a joint status report in 30 days with a proposal on how to proceed in this case.

\*   \*   \*

---

[1] The decision is available at: https://www.cpsc.gov/s3fs-public/pdfs/recall/lawsuits/abc/148-CPSC_Docket_No_22-1_In_the_Matter_of_Leachco_Inc_ALJ_Decision.pdf?VersionId=JEkmo-JldEmIa7L4KwYWwn11jqGJJ8Oi1.

| | |
|---|---|
| Date: August 26, 2025 | Respectfully submitted, |

/s/ Sarah M. Suwanda
SARAH M. SUWANDA
Trial Attorney
D.C. Bar No. 1685531
U.S. Department of Justice
Civil Division,
Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel.: (202) 305-3196
sarah.m.suwanda@usdoj.gov

*Counsel for Defendants*

/s/ Oliver J. Dunford
OLIVER J. DUNFORD
  Florida Bar No. 1017791*
Pacific Legal Foundation
4440 PGA Blvd., Suite 307
Palm Beach Gardens, FL 33410
916.503.9060
odunford@pacificlegal.org

Frank Garrison
  Indiana Bar No. 34024-49*
Pacific Legal Foundation
3100 Clarendon Boulevard, Suite 610
Arlington, VA 22201
202.888.6881
fgarrison@pacificlegal.org

KURT RUPERT
Hartzog Conger Cason
201 Robert S. Kerr Ave., Suite 1600
Oklahoma City, OK 73102
405.235.7000
krupert@hartzoglaw.com

*Counsel for Plaintiff Leachco, Inc.*

*Pro Hac Vice