IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LEACHCO, INC.<br><br>Plaintiff,<br><br>v.<br><br>CONSUMER PRODUCT SAFETY COMMISSION, *et al.*,<br><br>Defendants. | No. 6:22-cv-00232-RAW |

**JOINT STATUS REPORT**

On August 26, 2025, the parties requested an additional 30 days to confer on next steps in this case, ECF No. 77; in response, the Court ordered the submission of a joint status report by September 26, ECF No. 78. The parties have conferred and now jointly request that they be permitted to file a joint status report in 90 days, with a proposal on how to proceed at that time. That would serve the interests of judicial economy, given (1) that the Consumer Product Safety Commission anticipates issuing a decision in the underlying administrative proceeding in approximately 90 days; and (2) the Supreme Court's recent September 22 Order granting certiorari before judgment in *Trump v. Slaughter*, No. 25A264 (25-332), which directed the parties in that matter to brief, *inter alia*, the issue of whether *Humphrey's Executor v. United States*, 295 U.S. 602 (1935), should be overruled, and ordered the Clerk to set oral argument for December 2025. These developments are likely to be relevant to this case, which supports the parties' request for permission to file a joint status report in 90 days.

1

| | |
|---|---|
| Date: September 26, 2025 | Respectfully submitted, |
| /s/ Oliver J. Dunford | BRETT A. SHUMATE |
| OLIVER J. DUNFORD | Assistant Attorney General |
|   Florida Bar No. 1017791* | Civil Division |
| Pacific Legal Foundation | |
| 4440 PGA Blvd., Suite 307 | CHRISTOPHER R. HALL |
| Palm Beach Gardens, FL 33410 | Assistant Branch Director |
| 916.503.9060 | |
| odunford@pacificlegal.org | /s/ Sarah M. Suwanda |
| | SARAH M. SUWANDA |
| Frank Garrison | Trial Attorney |
|   Indiana Bar No. 34024-49* | DC Bar No. 1685531 |
| Pacific Legal Foundation | U.S. Department of Justice |
| 3100 Clarendon Boulevard, Suite 610 | Civil Division, |
| Arlington, VA 22201 | Federal Programs Branch |
| 202.888.6881 | 1100 L Street, NW |
| fgarrison@pacificlegal.org | Washington, DC 20005 |
| | Tel.: (202) 305-3196 |
| KURT RUPERT | sarah.m.suwanda@usdoj.gov |
| Hartzog Conger Cason | |
| 201 Robert S. Kerr Ave., Suite 1600 | *Counsel for Defendants* |
| Oklahoma City, OK 73102 | |
| 405.235.7000 | |
| krupert@hartzoglaw.com | |

*Counsel for Plaintiff Leachco, Inc.*

*Pro Hac Vice