IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LEACHCO, INC.<br><br>  Plaintiff,<br><br>  v.<br><br>CONSUMER PRODUCT SAFETY COMMISSION, *et al.*,<br><br>  Defendants. | No. 6:22-cv-00232-RAW |

## JOINT STATUS REPORT

On September 26, 2025, the parties jointly requested that they be permitted to file a joint status report in 90 days, in light of the fact that (1) the Consumer Product Safety Commission ("CPSC") anticipated issuing a decision in the underlying administrative proceeding during that approximate, intervening period; and (2) the Supreme Court was set to hear argument in December 2025, in *Trump v. Slaughter*, No. 25A264 (25-332).

At the end of the day on September 30, 2025, the appropriations act that had been funding the federal government expired, and those appropriations to the Department of Justice lapsed. The same was true for the majority of federal agencies, including the CPSC. During that 43-day lapse in government appropriations, the CPSC was prohibited from working, even on a voluntary basis, except in very limited circumstances. Consequently, for 43 of the approximate 90 days since the filing of the parties' last joint status report, the CPSC was not authorized to work on the anticipated decision regarding the underlying administrative proceeding.

1

Following the resumption of appropriations to the federal government, the CPSC now anticipates that it will be able to issue a decision on the underlying administrative proceeding in approximately 43 days, *i.e.*, commensurate with the delay associated with the 43-day lapse in appropriations.

Accordingly, in the interest of party and judicial economy, the parties respectfully request that they be permitted to submit a joint status report, with a proposal on next steps, if necessary, by February 17, 2026.

| | |
|---|---|
| Date: December 29, 2025 | Respectfully submitted, |
| /s/ Oliver J. Dunford<br>OLIVER J. DUNFORD<br>  Florida Bar No. 1017791*<br>Pacific Legal Foundation<br>4440 PGA Blvd., Suite 307<br>Palm Beach Gardens, FL 33410<br>916.503.9060<br>odunford@pacificlegal.org | BRETT A. SHUMATE<br>Assistant Attorney General<br>Civil Division<br><br>CHRISTOPHER R. HALL<br>Assistant Branch Director |
| Frank Garrison<br>  Indiana Bar No. 34024-49*<br>Pacific Legal Foundation<br>3100 Clarendon Boulevard, Suite 610<br>Arlington, VA 22201<br>202.888.6881<br>fgarrison@pacificlegal.org | /s/ Sarah M. Suwanda<br>SARAH M. SUWANDA<br>Trial Attorney<br>DC Bar No. 1685531<br>U.S. Department of Justice<br>Civil Division,<br>Federal Programs Branch<br>1100 L Street, NW<br>Washington, DC 20005<br>Tel.: (202) 305-3196<br>sarah.m.suwanda@usdoj.gov |
| KURT RUPERT<br>Hartzog Conger Cason<br>201 Robert S. Kerr Ave., Suite 1600<br>Oklahoma City, OK 73102<br>405.235.7000<br>krupert@hartzoglaw.com | *Counsel for Defendants* |
| *Counsel for Plaintiff Leachco, Inc.* | |
| *Pro Hac Vice | |