IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LEACHCO, INC.<br><br>    Plaintiff,<br><br>    v.<br><br>CONSUMER PRODUCT SAFETY COMMISSION, *et al.*,<br><br>    Defendants. | No. 6:22-cv-00232-RAW |

**JOINT STATUS REPORT**

On December 29, 2025, the parties jointly requested that they be permitted to file a joint status report in approximately 43 days, in light of the unanticipated delays associated with the lapse in appropriations to the federal government, during which the Consumer Product Safety Commission ("CPSC") was not authorized to work on the anticipated decision regarding the underlying administrative proceeding. The CPSC now anticipates that it will be able to issue a decision on the underlying administrative proceeding imminently. Accordingly, in the interest of party and judicial economy, the parties respectfully request that they be permitted to submit a joint status report in 30 days, *i.e.*, by March 19, 2026, so that they may have sufficient time to confer on next steps following the issuance of the decision by the CPSC.

\*   \*   \*

1

| | |
|---|---|
| Date: February 17, 2026 | Respectfully submitted, |
| /s/ Oliver J. Dunford<br>OLIVER J. DUNFORD<br>  Florida Bar No. 1017791*<br>Pacific Legal Foundation<br>4440 PGA Blvd., Suite 307<br>Palm Beach Gardens, FL 33410<br>916.503.9060<br>odunford@pacificlegal.org | BRETT A. SHUMATE<br>Assistant Attorney General<br>Civil Division<br><br>CHRISTOPHER R. HALL<br>Assistant Branch Director |
| Frank Garrison<br>  Indiana Bar No. 34024-49*<br>Pacific Legal Foundation<br>3100 Clarendon Boulevard, Suite 610<br>Arlington, VA 22201<br>202.888.6881<br>fgarrison@pacificlegal.org | /s/ Sarah M. Suwanda<br>SARAH M. SUWANDA<br>Trial Attorney<br>DC Bar No. 1685531<br>U.S. Department of Justice<br>Civil Division,<br>Federal Programs Branch<br>1100 L Street, NW<br>Washington, DC 20005<br>Tel.: (202) 305-3196<br>sarah.m.suwanda@usdoj.gov |
| KURT RUPERT<br>Hartzog Conger Cason<br>201 Robert S. Kerr Ave., Suite 1600<br>Oklahoma City, OK 73102<br>405.235.7000<br>krupert@hartzoglaw.com | *Counsel for Defendants* |
| *Counsel for Plaintiff Leachco, Inc.* | |
| *Pro Hac Vice | |