**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| LEACHCO, INC.<br><br>  Plaintiff,<br><br>    v.<br><br>CONSUMER PRODUCT SAFETY<br>COMMISSION, *et al.*,<br><br>  Defendants. | No. 6:22-cv-00232-RAW |

**JOINT STATUS REPORT**

On March 16, 2026, the Consumer Product Safety Commission ("CPSC") issued its decision on the parties' cross-appeal of the initial decision issued by the administrative law judge ("ALJ") in the underlying administrative proceeding. *See In the Matter of Leachco, Inc.*, CPSC Dkt. No: 22-1, Order Vacating Initial Decision & Dismissing Compl., Dkt. No. 162, available at https://perma.cc/YGN6-MZML. Specifically, the CPSC vacated the ALJ's initial decision, dismissed the administrative complaint against Leachco, Inc., and returned the matter to the ALJ with instructions to close the case. As a result, the parties agree that voluntary dismissal of the matter before this Court is appropriate, though they disagree about the timing of when voluntary dismissal should be effectuated. Specifically, Plaintiff maintains that certain administrative events—including the official closing of the CPSC's administrative proceeding—must take place before it is willing to voluntarily dismiss this case pursuant Rule 41.

Thus, in the interest of efficiency and potential resolution, the parties respectfully request that they be permitted to file a joint status report in 45 days, so that they may work out any administrative issues without burdening the Court.

Date: March 19, 2026

*/s/ Oliver J. Dunford*
OLIVER J. DUNFORD
  Florida Bar No. 1017791*
Pacific Legal Foundation
4440 PGA Blvd., Suite 307
Palm Beach Gardens, FL 33410
916.503.9060
odunford@pacificlegal.org

Frank Garrison
  Indiana Bar No. 34024-49*
Pacific Legal Foundation
3100 Clarendon Boulevard, Suite 610
Arlington, VA 22201
202.888.6881
fgarrison@pacificlegal.org

KURT RUPERT
Hartzog Conger Cason
201 Robert S. Kerr Ave., Suite 1600
Oklahoma City, OK 73102
405.235.7000
krupert@hartzoglaw.com

*Counsel for Plaintiff  Leachco, Inc.*

*\*Pro Hac Vice*

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

CHRISTOPHER R. HALL
Assistant Branch Director

*/s/ Sarah M. Suwanda*
SARAH M. SUWANDA
Trial Attorney
DC Bar No. 1685531
U.S. Department of Justice
Civil Division,
Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel.: (202) 305-3196
sarah.m.suwanda@usdoj.gov

*Counsel for Defendants*