# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **LEACHCO, INC.**, | |
| Plaintiff, | Case No. 6:22-cv-00232-RAW |
| *v.* | |
| **CONSUMER PRODUCT SAFETY COMMISSION**, **ET AL.**, | |
| Defendants. | |

## STIPULATION OF DISMISSAL

Pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate that this action be dismissed with prejudice, with each party bearing its own attorney's fees and costs.

\* \* \*

DATED: May 4, 2026

Respectfully submitted,

/s/ Oliver J. Dunford

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

CHRISTOPHER R. HALL
Assistant Branch Director

/s/ Sarah M. Suwanda
SARAH M. SUWANDA
Trial Attorney
DC Bar No. 1685531
U.S. Department of Justice
Civil Division,
Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel.: (202) 305-3196
sarah.m.suwanda@usdoj.gov

*Counsel for Defendants*

OLIVER J. DUNFORD
  Florida Bar No. 1017791*
Pacific Legal Foundation
4440 PGA Blvd., Suite 307
Palm Beach Gardens, FL 33410
(916) 503-9060
odunford@pacificlegal.org

Frank Garrison
  Indiana Bar No. 34024-49*
Pacific Legal Foundation
3100 Clarendon Boulevard, Suite 1000
Arlington, VA 22201
(202) 888-6881
fgarrison@pacificlegal.org

KURT RUPERT
  OBA No. 11982
Hartzog Conger Cason
201 Robert S. Kerr Ave., Suite 1600
Oklahoma City, OK 73102
(405) 235-7000
krupert@hartzoglaw.com

*\*Admitted Pro Hac Vice*

*Attorneys for Plaintiff Leachco, Inc.*

- 2 -

## CERTIFICATE OF SERVICE

I certify that on May 4, 2026, I electronically filed this document with the Clerk of the Court via the CM/ECF system, which will cause a copy to be served on counsel of record.

*/s/ Oliver J. Dunford*
OLIVER J. DUNFORD

*Attorney for Plaintiff Leachco, Inc.*